■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DERRICK CLANCY, Appellant. [901 NYS2d 540]—Appeal by the defendant from a resentence of the County Court, Suffolk County (Kahn, J.), imposed April 6, 2009, which, upon his conviction of rape in the first degree (two counts), sodomy in the first degree (three counts), sexual abuse in the first degree (two counts), and robbery in the third degree, upon his plea of guilty, imposed periods of postrelease supervision in addition to the determinate terms of imprisonment previously imposed on February 14, 2000.

Ordered that the resentence is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Fisher, J.P., Dickerson, Eng and Belen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEROY DORSEY, Appellant. [901 NYS2d 540]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 16, 2001 (*People v Dorsey*, 282 AD2d 618 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered May 1, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Dillon, JJ., concur.